AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Anthony Sargent<br><br>_____<br>*Defendant* | ) Case: 1:21-mj-00600<br>) Assigned To : Meriweather, Robin M.<br>) Assign. Date : 9/12/2021<br>) Description: Complaint w/ Arrest Warrant<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Anthony Sargent _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1361, 2- Destruction of Government Property;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in any Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

Date: 09/13/2021                                                         2021.09.13 14:22:37 -04'00'
                                                                    *Issuing officer's signature*

City and state:  Washington, D.C.                           Robin M. Meriweather, U.S. Magistrate Judge
                                                                    *Printed name and title*

---

### Return

This warrant was received on *(date)* 9/13/21, and the person was arrested on *(date)* 9/21/21
at *(city and state)* St. Augustine, FL.

Date: 9/21/21

Sean M O'Donovan
*Arresting officer's signature*

Sean M. O'Donovan Special Agent
*Printed name and title*